```
 1  Mary Carter Andrues (SBN 138486)
    mandrues@aplaw.law
 2  Vicki I. Podberesky (SBN 123220)
    vpod@aplaw.law
 3  ANDRUES/PODBERESKY
    818 West 7th Street, Suite 960
 4  Los Angeles, CA 90017
    Telephone:  (213) 395-0400
 5  Facsimile:  (213) 395-0401

 6  Attorneys for Defendant
    Glenn Arcaro
 7
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-CR-02542-TWR |
|---|---|
| Plaintiffs, | **DEFENDANT ARCARO'S ACKNOWLEDGEMENT OF NEXT COURT DATE** |
| vs. | |
| GLENN ARCARO, | Judge:      Hon. Todd W. Robinson |
| Defendants. | Courtroom:  3A |
| | Time:       9:30 a.m. |
| | Date:       January 7, 2022 |

Pursuant to the Court's Order dated October 7, 2021, Glenn Arcaro, by and through his counsel of record, hereby respectfully submits Mr. Arcaro's acknowledgement of his next court date, attached hereto, as Exhibit A.

Dated:  October 11, 2021                Respectfully submitted,

                                        ANDRUES/PODBERESKY


                                        //s_____
                                        _____
                                        Mary Carter Andrues
                                        Attorney for Defendant
                                        Glenn Arcaro

**DEFENDANT'S ACKNOWLEDGEMENT OF NEXT COURT DATE**