1  Mary Carter Andrues (SBN 138486)
   mandrues@aplaw.law
2  Vicki I. Podberesky (SBN 123220)
   vpod@aplaw.law
3  ANDRUES/PODBERESKY
   818 West 7th Street, Suite 960
4  Los Angeles, CA 90017
   Telephone:  (213) 395-0400
5  Facsimile:  (213) 395-0401

6  Attorneys for Defendant
   Glenn Arcaro
7

8

9                **UNITED STATES DISTRICT COURT**

10              **SOUTHERN DISTRICT OF CALIFORNIA**

11

12 | UNITED STATES OF AMERICA, | Case No. 21-CR-02542-TWR |
   | Plaintiffs, | |

13

14        vs.                          **DEFENDANT ARCARO'S
                                        CORRECTED ACKNOWLEDGEMENT
15 GLENN ARCARO,                        OF NEXT COURT DATE**

16        Defendants.                   Judge:      Hon. Todd W. Robinson
                                        Courtroom:  3A
17                                      Time:       9:30 a.m.
                                        Date:       January 7, 2022
18

19

20        Pursuant to the Court's Order dated October 7, 2021, defendant Glenn Arcaro,

21 by and through his counsel of record, Mary Carter Andrues, hereby respectfully

22 submits an acknowledgement regarding the continuance of his sentencing from

23 November 15, 2021 to January 7, 2022 at 9:30 a.m., attached hereto, as Exhibit A.

24 Dated: October 12, 2021          Respectfully submitted,

25                                  ANDRUES/PODBERESKY

26                                      */s Mary Carter Andrues*

27                                  _____
                                    Mary Carter Andrues
28                                  Attorney for Defendant
                                    Glenn Arcaro

---

**DEFENDANT'S CORRECTED ACKNOWLEDGEMENT OF NEXT COURT DATE**