# ACKNOWLEDGEMENT OF NEW SENTENCING DATE

I, Glenn Arcaro, acknowledge that my next court date is:

                Friday, January 7, 2022, at 9:30 a.m.

Dated: October___, 2021

                                                _____
                                                       Glenn Arcaro

---

**DEFENDANT'S ACKNOWLEDGEMENT**
**U.S. V. GLENN ARCARO, CASE NO. 21-CR-2542-TWR**