**FILED**
OCT 12 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLENN ARCARO,<br><br>Defendant. | Case No.: 21-CR-2542-TWR<br><br>**ORDER AUTHORIZING ALTERNATIVE PROCEDURES FOR VICTIM NOTIFICATION** |

Having reviewed the Unopposed Motion of the United States for an Order Authorizing Alternative Procedures for Victim Notification, and good cause being shown:

IT IS HEREBY ORDERED that the Motion of the United States is GRANTED. The United States shall provide notifications required by 18 U.S.C. § 3771 to the victims or potential victims in this case through the Internet.

IT IS FURTHER ORDERED that the United States shall use a case-specific page on the Department of Justice website, where required notices will be posted, direct

potential victims of which it is aware to that webpage, and issue a press release informing those who believe that they may be potential victims to this website. In the event the above-captioned matter results in one or more convictions, the United States shall satisfy its notification obligations through the Bureau of Prisons' website.

SO ORDERED.

DATED: 10/12/21

_____
HON. TODD W. ROBINSON
United States District Court
Southern District of California

*United States v. Glenn Arcaro*
*21-CR-2542-TWR*