FILED
NOV 1 2 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>GLENN ARCARO.<br>    Defendant. | Case No.: 21-cr-2542-TWR<br>**ORDER FOR INTERLOCUTORY SALE OF CRYPTOCURRENCY** |

IT IS HEREBY ORDERED that that the Joint Motion and Request for Interlocutory Sale of Cryptocurrency, shall be ADOPTED and AUTHORIZED.

Prior to final forfeiture, this Court has authority to order the interlocutory sale of property alleged to be forfeitable pursuant to Federal Rule of Criminal Procedure 32.2(b)(7), in accordance with Federal Rule of Civil Procedure G(7)(b). The Court finds good cause exists to sell the cryptocurrency in this matter (the "Subject Assets").

Accordingly, the Court hereby adopts in full the agreements of the Parties as set forth in their Joint Motion for Interlocutory Sale of Cryptocurrency. Pursuant to this Order and the adopted Joint Motion:

a. The United States is hereby authorized to sell the Subject Assets for U.S. dollars in accordance with the terms of the Joint Motion.

b. The United States shall have sole discretion as to the manner, timing, and consequent exchange rate of each and every sale, subject to the United States' agreement to

attempt in good faith to obtain reasonable exchange rates and to incur reasonable sales/conversion fees.

c. The United States shall maintain records of each and every sale, which shall reflect the value of the Subject Assets sold at the time of the transaction, the exchange rate, any fees or costs incurred, and the net proceeds of the sale; the net proceeds shall be determined by calculating the gross proceeds less actual costs of sale, sales commissions, and other actual costs and expenses incurred by the United States in selling the assets.

d. The United States shall provide the above-described records to defense counsel within ten days of sale.

e. The net proceeds of the sale shall be held in the custody of the United States Postal Inspection Service ("USPIS") as substitute assets ("Substitute Assets") instead and in place of the Subject Assets, for all purposes, including future restitution and forfeiture proceedings; any and all claims and defenses of the Parties, and any other claimant to the Subject Assets, shall apply equally to the Substitute Assets.

DATED: 11/12/21

_____
HON. TODD W. ROBINSON
United States District Judge