FILED

FEB 0 2 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLENN ARCARO,<br><br>Defendant. | Case No.: 21-cr-2542-TWR<br><br>AMENDED ORDER FOR INTERLOCUTORY SALE OF CRYPTOCURRENCY |

IT IS HEREBY ORDERED that the Joint Motion for an Amended Order for Interlocutory Sale of Cryptocurrency (the "Joint Motion for an Amended Order"), shall be ADOPTED and AUTHORIZED.

Prior to final forfeiture, this Court has authority to order the interlocutory sale of property alleged to be forfeitable pursuant to Federal Rule of Criminal Procedure 32.2(b)(7), in accordance with Federal Rule of Civil Procedure G(7)(b). The Court finds good cause exists to sell the cryptocurrency in this matter, as set forth in its Original Order dated November 12, 2021 (the "Original Subject Assets"). This includes the approximately 403.64362305 in Bitcoin Cash, 134.9989791 in Bitcoin Silver, (the "Second Subject Assets"); and 183.96801549 in Dash Coin and 814.313803532040 in Monero Coin ( the "Alternative Coins") that Defendant surrendered to the United States pursuant to his plea

1   agreement and the addenda thereto.

2       Accordingly, the Court hereby adopts in full the agreements of the Parties as set forth

3   in their Joint Motion for an Amended Order.   Pursuant to this Amended Order and the Joint

4   Motion for an Amended Order:

5       a.     The Original and Second Subject Assets and Alternative Coins are property

6   constituting, or derived from, proceeds Defendant obtained directly or indirectly, as

7   the result of his violation of Title 18, United States Code, Section 1349.

8       b.     The United States may, in its sole discretion and pursuant to the stipulations in

9   the Joint Motion for an Amended Order, liquidate any portion or all of the Original

10  and Second Subject Assets for U.S. dollars.

11      c.     The United States shall maintain the Alternative Coins in a government-

12  controlled cold storage wallet and will not take any steps to liquidate the Alternative

13  Coins absent further leave of this Court.

14      d.     The net proceeds of the liquidation shall be held in the custody of the United

15  States Marshals Service as Substitute Assets taking the place of the Original and

16  Second Subject Assets, for all purposes, including restitution and forfeiture

17  proceedings.  All terms and conditions of the Original Order shall remain valid and

18  in effect, unless expressly amended by this Amended Order.

19

20  DATED:   __2|2|22__

21

22                                      _____
                                         HON. TODD W. ROBINSON
23                                       United States District Judge

24

25

26

27

28

2