UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO. 21CR02542-001-TWR |
| v. | ) | O R D E R |
| Glenn ARCARO | ) | |
| Defendant. | ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for July 1, 2022, is vacated and reset to September 16, 2022, at 9:30 AM.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within 48 hours of receipt of this order.

DATED: 6/9/2022

Todd W. Robinson
U.S. District Judge

cc: all counsel of record