LORINDA I. LARYEA
Acting Chief
KEVIN LOWELL (Maryland Bar)
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, D.C. 20530
Telephone: (202)262-7795
Email: Kevin.Lowell@usdoj.gov
RANDY S. GROSSMAN
United States Attorney
MARK W. PLETCHER (Colorado Bar No. 034615)
LISA J. SANNITI (Ohio Bar No. 86670)
CARL F. BROOKER, IV (Wash. D.C. Bar No. 1022908)
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8811
Email: Lisa.J.Sanniti@usdoj.gov

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLENN ARCARO,<br><br>Defendant | Case No.: 21-CR-2542-TWR<br><br>Date: September 16, 2022<br>Time: 9:30 a.m.<br><br>The Honorable Todd W. Robinson<br><br>**THE UNITED STATES OF AMERICA'S SENTENCING SUMMARY CHART** |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, LORINDA I. LARYEA, Acting Chief, Kevin Lowell, Trial Attorney, and RANDY S. GROSSMAN, United States Attorney, Lisa J. Sanniti, Special Assistant U.S. Attorney, Mark W. Pletcher, and Carl Brooker, Assistant U.S. Attorneys, hereby files its Sentencing Summary Chart, which is based upon the files and records of this case.

DATED: September 2, 2022

Respectfully submitted,
RANDY S. GROSSMAN
United States Attorney
/s/ LISA J. SANNITI
Special Assistant U.S. Attorney

SENTENCING SUMMARY CHART
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: September 16, 2022

USPO [ ☐ ]
AUSA [ ☒ ]
DEF [ ☐ ]

Defendant's Name: GLENN ARCARO     Docket No.: 21-CR-2542-TWR

Attorney's Name:     Lisa J. Sanniti     Phone No.: 619-546-8811

Guideline Manual Used:     November 2021

| | |
|---|---|
| Base Offense Level: Conspiracy to commit wire fraud [USSG § 2B1.1(a)(2)] | 7 |
| Specific Offense Characteristics: Financial Gain [USSG § 2B1.1(K) (>9.5M)] | +20 |
| Victim Related Adjustment: 10+ Victims/Mass Marketing [USSG §2B1.1(b)(1)A)] | +2 |
| Adjustment for Role in the Offense: Aggravating Role [USSG § 3B1.1(c)] | +2 |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjusted Offense Level: | 31 |

☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim.

| | |
|---|---|
| Adjustment for Acceptance of Responsibility [☒ Government Motion – USSG §3E1.1(b)] | -3 |
| Total Offense Level: | 28 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |

____ Career Offender     ____ Armed Career Criminal

Guideline Range:                                                    from   78  mths
(Range limited by: ____minimum mand.   ____statutory maximum)        to    91  mths

Departures:

| | |
|---|---|
| Combination of Circumstances [USSG § 5K2.0] | -1* |
| Government's sealed request for downward departure | -5 |

Resulting Guideline Range: Adjusted Offense Level 22     from   41  mths
                                                          to    51  mths

GOVERNMENT RECOMMENDATION: **44 months' custody; 3 years' supervised release; no fine; forfeiture and restitution to be determined at a later hearing; $100 special assessment.**

*The combination of circumstances includes Defendant entering into the Plea Agreement at an early stage of the investigation, and turning over a substantial amount of cryptocurrency, thereby saving Government resources.