Mary Carter Andrues (SBN 138486)
mandrues@aplaw.law
Vicki I. Podberesky (SBN 123220)
vpod@aplaw.law
Tabitha C. Zimbert (SBN 279520)
tzimbert@aplaw.law
ANDRUES/PODBERESKY
818 West 7th Street, Suite 960
Los Angeles, CA 90017
Telephone:   (213) 395-0400
Facsimile:   (213) 395-0401

Attorneys for Defendant
Glenn Arcaro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiffs,<br><br>      vs.<br><br>GLENN ARCARO,<br><br>             Defendants. | Case No. 21-CR-02542-TWR<br><br>**DEFENDANT GLENN ARCARO'S SENTENCING SUMMARY CHART**<br><br>Date:        September 16, 2022<br>Time:        9:30 a.m.<br>Judge:       Hon. Todd W. Robinson<br>Courtroom: 3A |

   Defendant Glenn Arcaro, by and through his counsel of record, Mary Carter Andrues and Vicki I. Podberesky, hereby files his Sentencing Summary Chart, which is based upon his Sentencing Memorandum, including exhibits, and the files and records of his case.

| | | |
|---|---|---|
| 1 | Dated: September 9, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | ANDRUES/PODBERESKY<br>A Professional Law Corporation |
| 4 | | |
| 5 | | /s/ Mary Carter Andrues<br>Mary Carter Andrues |
| 6 | | Vicki I. Podberesky |
| 7 | | Attorneys for Defendant<br>Glenn Arcaro |

# SENTENCING SUMMARY CHART

|  |  |
|---|---|
| USPO |  |
| AUSA |  |
| DEF | X |

| Field | Value |
|---|---|
| Defendant's Name: | Glenn Arcaro |
| Docket No. | 21-CR-2542-TWR |
| Attorney's Name: | Mary Carter Andrues |
| Phone No.: | (213) 395-0400 |
| Guideline Manual Used: | November 2021 |
| Agree with USPO Calc.: | No |
| Base Offense Level: (Drug Quantity, If Applicable:) | Conspiracy to Commit Wire Fraud [USSG § 2B1.1 (a)(2)] — 7 |
| Special Offense Characteristics: Financial Gain [USSG §2B1.1 (K) (>9.5M)] | +20 |
| Victim Related Adjustment: 10+ Victims/Mass Marketing [USSG §2B1.1(b)(1)(A)] | +2 |
| Adjustment for Role in the Offense: Aggravating Role [USSG §3B1.1(c)] | +2 |
| Adjustment for Obstruction of Justice: |  |
| Adjustment for Reckless Endangerment During Flight: |  |
| Adjusted Offense Level: | 31 |
| ☐ Combined (Mult. Counts)   ☐ Career Off.   ☐ Armed Career Crim. |  |
| Adjustment for Acceptance of Responsibility: Government Motion - [USSG§3E1.1(b)] | -3 |
| Total Offense Level: | 28 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |
| ☐ Career Offender   ☐ Armed Career Criminal |  |
| Guideline Range: | from 78 months to 91 months |
| (Range limited by: ☐ minimum mandatory   ☐ statutory maximum) |  |
| Departures: |  |
| Government's sealed request for downward departure | -5 |
| Government's departure under Combination of Circumstances [USSG §5K2.0] pursuant to plea agreement | -1 |
| Defendant's sealed request for downward departure | -2 |
| Resulting Guideline Range: Adjusted Offense Level | from 31 months to 41 months |

**RECOMMENDATION:**
33 months' custody; 3 years' supervised release; no fine; forfeiture and restitution to be determined at a later hearing; $100 special assessment.

94