GLENN S. LEON
Chief
KEVIN LOWELL (Maryland Bar)
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, D.C. 20530
Telephone: (202)262-7795
Email: Kevin.Lowell@usdoj.gov

RANDY S. GROSSMAN
United States Attorney
MARK W. PLETCHER (Colorado Bar No. 034615)
LISA J. SANNITI (Ohio Bar No. 86670)
CARL F. BROOKER, IV (Wash. D.C. Bar No. 1022908)
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8811
Email: carl.brooker@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-2542-TWR |
|---|---|
| Plaintiff, | Honorable Todd W. Robinson |
| v. | **UNOPPOSED MOTION TO IMPOSE RESTITUTION CLAIM DEADLINE** |
| GLENN ARCARO, | |
| Defendant. | |

The United States of America, by and through its attorneys, respectfully moves the Court to close the deadline for submission of Victim Impact Statements ("VIS") thereby ending the time to claim restitution on December 16, 2022, at 5:00 p.m. PST. The undersigned has contacted defense counsel concerning this motion and Defendant ARCARO does not oppose.

## I.
## **STATEMENT OF THE CASE**

On September 1, 2021, a single-count Information was filed in the Southern District of California charging Glenn Arcaro with conspiracy to commit wire fraud. Doc. No. 1. On that same date, Arcaro pleaded guilty to the Information as set forth in a plea agreement. Doc. No. 6. On October 12, 2022, the United States filed an unopposed motion to allow alternative victim notification. Doc. No. 15. The Court granted the motion on the same day. Doc. No. 18. On September 16, 2022, Arcaro was sentenced by this Court. Doc. No. 52. At the sentencing hearing, this Court set a restitution hearing for January 12, 2023. Doc. No. 52.

## II.
## **STATEMENT OF FACTS**

The United States has endeavored to ensure that all potential victims have had the ability to submit a VIS and share in restitution. As outlined in the joint September 1, 2022 motion to continue restitution and forfeiture –

> "[The] United States has been exhaustively attempting to locate and contact all potential victims of the BitConnect scheme. This required the FBI to post a victim seeking questionnaire on their website. From that initial potential victim intake, the FBI began vetting the victims' claims. Simultaneously, the U.S. Attorney's Office Victim Witness Coordinator contacted the potential victims to have them begin filling out Victim Impact Statements ("VIS"). In addition, many of the victims were in foreign countries requiring either concurrence from the Office of International Affairs that the foreign victims could be contacted directly by the FBI, or more ponderously, contact could only be made after sending a Mutual Legal Assistance Treaty ("MLAT") request. From late Fall 2021 to the present, the United States has been working through these multiple avenues of approach in assembling facts and resources required to perform a restitution analysis."

Doc. No. 39 at 2.

1       As of the date of this motion, the U.S. Attorney's Office continues to receive sporadic VIS submissions which are promptly transmitted to the Cleveland FBI for vetting. The FBI attempts to verify these claims and as of today is up to date on vetting of all potential restitution claims.

      Additionally, on November 11, 2022, an attorney contacted the U.S. Attorney's Office and reported he represents 'potentially hundreds' of BitConnect victims. The office has received approximately 100 victims claims from this attorney and anticipates receiving more.

      The United States now calculates approximately 506 victims will be paid approximately $10,424,303 in restitution. While both numbers are expected to increase slightly before sentencing, it will almost certainly be far less than the approximately $39 million of liquidated Arcaro-cryptocurrency. It is the United States' desire to pay maximum restitution to maximum victims. However, the potential VIS and restitution process must be ended to allow thorough vetting of claims in advance of the restitution hearing. Therefore, the thirteen-month window that has existed for VIS submissions must now be closed.[1]

//
//
//
//
//
//
//
//
//
//

---

[1] Certainly, if a victim discovers further losses, they have 60 days to petition the Court for an amended restitution order pursuant to the procedures outlined in 18 U.S.C. § 3664(d)(e).

## IV.
## CONCLUSION

The United States respectfully requests that the Court grant this motion to cease acceptance of VIS and restitution claims on December 16, 2022, at 5:00 p.m. PST.

DATED: December 2, 2022

RANDY S. GROSSMAN
United States Attorney

/s/ *Carl F. Brooker, IV*
Carl F. Brooker, IV
Mark W. Pletcher
Lisa J. Sanniti
Assistant U.S. Attorneys

GLENN S. LEON
Chief

/s/ *Kevin Lowell*
Kevin Lowell
Trial Attorney