

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

   v.

GLENN ARCARO,

           Defendant.

Case No. 21-CR-2542-TWR

**ORDER IMPOSING RESTITUTION CLAIM DEADLINE**

    The United States of America moved unopposed to impose a Victim Impact Statement ("VIS") and restitution claim deadline of December 16, 2022, at 5:00 p.m. PST.

    IT IS HEREBY ORDERED that pursuant to unopposed motion of the United States the deadline for any potential victims to submit VIS statements and claim restitution is December 16, 2022 at 5:00 p.m. PST.

    SO ORDERED.

DATED:  12|5|22

HON. TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE