

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLENN ARCARO<br><br>　　　　　Defendant. | Case No.: 21CR2542-TWR<br><br>ORDER OF RESTITUTION |

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 3663A(a)(1), Defendant GLENN ARCARO ("Defendant") shall pay restitution in the amount of $17,647,801 as a result of Defendant's conviction for conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349.

2. Restitution shall be paid to the following victims in the specified amounts, pro rata, as listed in Attachment A (sealed).

3. Defendant previously transferred cryptocurrency to the United States to be paid for restitution to the victims listed in Attachment A (sealed), and also, where applicable, included for forfeiture proceedings. The cryptocurrency was thereafter liquidated pursuant to Court order netting $38,898,165.78.

4. $17,647,801 of the $38,898,165.78 shall be transferred by the United States Postal Service/United States Seized Asset Deposit Fund to the Clerk, United States District

1  Court. The Clerk is thereafter directed to immediately disburse to the victims listed in
2  Attachment A, pro rata, and credit the restitution judgment appropriately.

3      5. Defendant has paid all restitution in full to which the parties agreed in the Plea
4  Agreement, namely $24,098,333.

5      6. After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court
6  finds that the Defendant has the ability to pay the restitution as set forth in the following
7  payment schedule:

8          a. The amount of $17,647,801, which Defendant previously transferred to
9  the United States, shall be paid, pro rata, by the Clerk, United States District Court to the
10 victims listed in Attachment A (sealed) upon receipt by the Clerk of Court.

11     7. If there is any remining restitution above and beyond the total amount
12 transferred to, and liquidated by, the United States, namely $38,898,165.78, this payment
13 schedule does not foreclose the United States from exercising all legal actions, remedies,
14 and process available to collect the restitution judgment, including but not limited to
15 remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

16     8. If there is any remainder of restitution owed by Defendant after payment by
17 the Clerk, United States District Court then Defendant shall forward all restitution
18 payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District
19 Court," to:

20         Clerk of the Court
        United States District Court
21         Southern District of California
        333 West Broadway, Suite 420
22         San Diego, CA 92101

23     9. The Court has determined that Defendant has the ability to pay interest. Thus,
24 Defendant shall pay interest pursuant to 18 U.S.C. § 3612(f)(1).

25     10. Until restitution has been paid, Defendant shall notify the Clerk of the Court
26 and the United States Attorney's Office of any change in Defendant's economic
27 circumstances that might affect Defendant's ability to pay restitution no later than thirty
28 days after the change occurs. *See* 18 U.S.C. § 3664(k).

11. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs. *See* 18 U.S.C. § 3612(b)(1)(F).

IT IS SO ORDERED.

DATED: 1/17/23

*Todd Robinson*
HON. TODD W. ROBINSON
United States District Judge