Jeff Ostrow, Esq.
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 332-4200
Email: ostrow@kolawyers.com

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>GLENN ARCARO,<br><br>           Defendant. | Case No.: 21CR2542-TWR<br><br>**REPRESENTED VICTIMS' MOTION FOR DISBURSEMENT OF RESTITUTION VIA SINGLE CHECK** |

      I, Jeff Ostrow, am the Managing Partner of Kopelowitz Ostrow P.A. ("KO"). I represent 245 of the 797 victims this Court approved to receive restitution from Defendant Glenn Arcaro ("Represented Victims").[1] The Represented Victims hereby respectfully move for an Order directing the Clerk of the Courts to disburse their portion of the restitution funds in a single check sent to the offices of Kopelowitz Ostrow P.A. payable to the Kopelowitz Ostrow P.A. Trust Account, and in support state as follows:

      1.     As the Court is well aware, this case arose out of the BitConnect global cryptocurrency Ponzi scheme which defrauded retail investors of over $2 billion from about January 2017 to January 2018, and of which Defendant "served as one of the most prolific and successful promoters." ECF No. 6 (Plea Agreement), at 3, 5.

      2.     On behalf of each Represented Victim, KO submitted a Victim Impact

---

[1] The Represented Victims are individually listed in Corrected Restitution Order Attachment A-1 (ECF No. 74), and are identified with the email address ostrow@kolawyers.com.

Statement to the U.S. Department of Justice with documentation of the amount of Bitcoin they invested into the BitConnect platform, and any Bitcoin they withdrew, prior to the platform shutting down on January 17, 2018. FBI investigators utilized the blockchain ledger and other tools to verify the submissions, and the Government submitted to the Court a list of the verified loss amounts with its Motion for Restitution Order. ECF No. 59; ECF No. 59-1 (Declaration of FBI Special Agent Monica Hantz).

3. On January 12, 2023, the Court held a hearing as to the restitution Defendant would be ordered to pay the victims of BitConnect in connection with his conviction. ECF No. 63. I appeared at the hearing by telephone. As to the Represented Victims, the Court approved the restitution distribution recommended by the Government in its entirety. ECF No. 64; ECF No. 74.

4. The Court ordered as follows:

> $17,647,813 of the $38,898,165.78 shall be transferred by the United States Postal Service/United States Seized Asset Deposit Fund to the Clerk, United States District Court. The Clerk is thereafter directed to *immediately disburse* to the victims listed in Attachment A, pro rata, and credit the restitution judgment appropriately.

Order of Restitution (ECF No. 64) ¶ 4; Corr. Order of Restitution (ECF No. 74) ¶ 4 (emphasis added).

5. It is my understanding that, after a long delay, as of May 22, 2023, the restitution funds have now been transferred to the Clerk of the Courts pursuant to the above paragraph.

6. The Represented Victims, through written engagement agreements with KO, authorized and instructed KO to have their restitution distributions made payable to the KO Trust Account, for their benefit, and delivered to KO to ensure disbursement is efficient and expeditious. The Government has approved that process. It is my understanding that disbursement of the restitution via a single check, as opposed to 245 individual checks, would save significant time.

7. The Represented Victims have waited long enough for their restitution, having been defrauded of the money in 2017 or the early days of 2018 before the BitConnect platform was shut down on January 17, 2018—*more than 5 years ago*. The restitution amounts do not include interest, and in no way compensate the Represented Victims for inflation or the time value of money, let alone appreciation of the value of the Bitcoin they invested into BitConnect. Any time savings in the disbursement of the restitution in this case will serve the ends of justice.

WHEREFORE, the Represented Victims respectfully request that the Court enter an Order directing the Clerk of the Courts to disburse their portion of the restitution via a single check sent to the offices of Kopelowitz Ostrow P.A. and payable to the Kopelowitz Ostrow P.A. Trust Account, and to order that done promptly and without delay.

Dated: June 5, 2023

Respectfully submitted,

By: */s/ Jeff Ostrow*
Jeff Ostrow, Esq.

**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Email: ostrow@kolawyers.com