RANDY S. GROSSMAN
United States Attorney
CARL F. BROOKER, IV (Wash. D.C. Bar No. 1022908)
MARK W. PLETCHER (Colorado Bar No. 034615)
LISA J. SANNITI (Ohio Bar No. 86670)
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5610
Email: USACAS.Bitconnect-Forfeiture@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GLENN ARCARO, <br><br> Defendant. | Case No. 21CR2542-TWR <br><br> **RESPONSE TO REPRESENTED VICTIMS' MOTION FOR DISBURSEMENT VIA SINGLE CHECK (ECF 192)** |

The United States responds to Attorney Jeff Ostrow's Represented Victims' Motion for Disbursement of Restitution Via Single Check. ECF 192. Based on the Court's Corrected Order of Restitution Attachment A-1, Attorney Ostrow's email is associated with 245 victims in the instant case. ECF 74.

Per the Court's Corrected Order of Restitution, the amount payable to the 245 victims with the email identifier of ostrow@kolawyers.com is $6,250,293. Id. This is $1.00 more than the amount listed in the proposed order.

Ultimately, the United States is not able to peer behind the attorney-client privilege in this case and take a position on the instant motion. As the Court noted at the restitution hearing, "with respect to those [victims] represented by Mr. Ostrow,

instead of contacting the victims directly, [the United States] used him as the intermediary" in communicating with the represented victims. ECF 79, pg. 7, ln 2-4. This statement is correct, the United States has not communicated directly with any of these 245 represented parties and can take no position on the scope of representation,[1] including whether the victims know about, much less have consented to the request for a lump sum disbursement to Kopelowitz Ostrow P.A.[2]

      The United States highlights that the Clerk's office is undertaking the herculean task of paying $17,647,813 dollars to 387 U.S.-based victims, 165 international victims from 40 different countries, and 245 represented victims with restitution payments ranging from $2.00 to $708,972. It is understood that this process will take significant time for <u>all</u> victims receiving restitution regardless of a victim's status as either represented or unrepresented by council. As such, the United States takes no position on the instant motion and defers to both the Clerk of Court and Court.

DATED: June 7, 2023

Respectfully submitted,
RANDY S. GROSSMAN
United States Attorney

/s/*Carl Brooker*
Carl F. Brooker, IV
Assistant U. S. Attorney

---

[1] In response to a handful of duplicate claims submitted by individuals to both the FBI and through Attorney Ostrow, the United States received signed victim letters from 26 of Attorney Ostrow's 245 clients confirming they no longer wanted to proceed unrepresented and instead wanted to be represented by Kopelowitz Ostrow P.A.

[2] In a cover letter attached to the Victim Impact Statements ("VIS") submitted on behalf of their clients, Kopelowitz Ostrow P.A stated, "our clients have agreed that their approved restitution payments be sent to my law firm for disbursement to them. Therefore, I request receipt of either a lump sum payment with a listing of the amount of each of our client's share or individual payments." However, this cover letter as well as the VIS was not signed by any client only by counsel.