Jeff Ostrow, Esq.
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 332-4200
Email: ostrow@kolawyers.com

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>GLENN ARCARO,<br><br>          Defendant. | Case No.: 21CR2542-TWR<br><br>**REPRESENTED VICTIMS' REPLY IN SUPPORT OF THEIR MOTION FOR DISBURSEMENT OF RESTITUTION VIA SINGLE CHECK** |

     I, Jeff Ostrow, the undersigned attorney who represents 245 victims in this case, submit this Reply in support of those victims' Motion for Disbursement of Restitution Via Single Check (the "Motion") (ECF No. 192). On June 7, 2023, the United States responded to the Motion (ECF No. 195). I would like to clarify the following points:

     1.    The 245 Represented Victims who individually engaged my firm, Kopelowitz Ostrow P.A., in this matter and were ordered to receive restitution all agreed to have their restitution payments deposited into the firm's Trust Account for their benefit. Although no one has asked the Government to "peer behind the attorney-client privilege," I would be happy to provide the Court with the representation agreements *in camera* to alleviate any concerns it may have.

     2.    For the past five months, my office has received a constant barrage of inquiries from these 245 individuals about when they would receive their restitution, or even a likely timeline for the distribution. Because the Government was and is unable to provide such a timeline, we have been unable to provide them with

satisfactory answers.

3. Immediately after the restitution funds are received by my firm, my staff will distribute those funds to each of the 245 clients by check or wire transfer, as specified by each client, and will do so with great expeditiousness.

4. I agree with the Government that the distribution of the restitution in this case is a "herculean task" (and it is a just one for the innocent victims of BitConnect!), but the Represented Victims' Motion asks the Court to *simplify that task* for the Clerk of the Courts enormously by eliminating 244 checks or wire transfers from its to-do list.

5. I do not understand this to be a complex issue that requires voluminous briefing or argument. As alluded to in the underlying Motion, the victims of the BitConnect fraud scheme who were scammed out of their money more than 5 years ago will not be reimbursed for inflation or the time value of money, or for the appreciation in the value of their bitcoin. Therefore, any time savings in the distribution of the restitution in this case would serve the ends of justice *for all the victims* who were approved to receive it.

WHEREFORE, the Represented Victims, by and through undersigned, respectfully request that the Court grant their Motion (ECF No. 192), and grant such other relief as it deems just and proper.

Dated: June 8, 2023

Respectfully submitted,

By: */s/ Jeff Ostrow*
Jeff Ostrow, Esq.

**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Email: ostrow@kolawyers.com