**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GLENN ARCARO,<br><br>  Defendant. | Case No.: 21CR2542-TWR<br><br>**AMENDED[1] ORDER GRANTING REPRESENTED VICTIMS' MOTION FOR DISBURSEMENT OF RESTITUTION VIA SINGLE CHECK** |

IT IS HEREBY ORDERED:

This cause arises out of the Represented Victims' Motion for Disbursement of Restitution Via Single Check ("Motion"), filed June 5, 2023 as ECF No. 192.

Having reviewed the Motion, and being familiar with the relevant background of this case, the Court GRANTS the Motion.

The Clerk of Courts is hereby ORDERED to disburse to the Represented Victims their portion of the restitution in this matter as follows:

A check made payable to "Kopelowitz Ostrow P.A. Trust Account" in the amount of $6,250,293.00[2] and mailed to the following address:

---

[1] This amends the Court's Order, Dkt. 203, reflecting a single change: the total amount to be disbursed is **$6,250,293.00**, rather than the $6,250,292.00 originally ordered.

[2] The individuals listed in Corrected Restitution Order Attachment A-1 (ECF No. 74) who are identified with the email address ostrow@kolawyers.com were ordered to receive restitution in the aggregate amount of $6,250,293.00.

Kopelowitz Ostrow P.A.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301

IT IS SO ORDERED.

DATED: 7/11/2023          _____
                          HON. TODD W. ROBINSON
                          United States District Judge

2